FILED

2025 May-13  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DAB May 2025

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMILCAR ADOLFO GODINEZ-GABRIEL** | ) |

## INFORMATION

**COUNT ONE:** [8 U.S.C. § 1306(a)]

The United States Attorney charges that:

Beginning at a time unknown to the United States Attorney, but continuing until at least April 2025, more exact dates being unknown to the United States Attorney, in Marshall County, within the Northern District of Alabama, and elsewhere, the defendant,

**AMILCAR ADOLFO GODINEZ-GABRIEL,**

then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail and refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

PRIM F. ESCALONA
United States Attorney


*/s/ electronic signature*
DAVIS A. BARLOW
Assistant United States Attorney